# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

GASUMU KAMARA,

                  Petitioner,        :   Case No.   2:21-cv-2029

   - vs -                              Chief Judge Algenon L. Marbley
                                      Magistrate Judge Michael R. Merz

WARDEN,
  London  Correctional Institution,

                                    :
                  Respondent.

# TRANSFER ORDER

       With the consent of both of them, the Magistrate Judge reference in this case is hereby transferred from The Honorable Elizabeth Preston Deavers to The Honorable Michael R. Merz.

September 20, 2021.

                              s/ *Michael R. Merz*
                          United States Magistrate Judge