IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

GASUMU KAMARA,

    Petitioner,

    Case No. 2:21-cv-2029

- vs -

    Chief Judge Algenon L. Marbley
    Magistrate Judge Michael R. Merz

WARDEN,
London Correctional Institution,

    Respondent.

## ORDER ADOPTING SUBSTITUTED REPORT AND RECOMMENDATIONS

    The Court has reviewed the Substituted Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 35), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Substituted Report and Recommendations.

    Accordingly, it is hereby ORDERED that the Petition as amended be DISMISSED with prejudice.  Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

Algenon L. Marbley
United States Chief Judge

DATED:  June 3, 2022